FILED

10/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0220

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0220

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DESMOND D. HARDESTY,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant's motion for a 60-day extension of time is DENIED. Appellant is granted a 30-day extension, until November 19, 2020, within which to prepare, file, and serve Appellant's opening brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2020